COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Hector Guevara v. Sara Franco

Appellate case number:    01-21-00632-CV

Trial court case number:  2020-19224

Trial court:              312th District Court of Harris County

The record in this appeal was due on January 31, 2022. The clerk's record was filed on February 2, 2022, but the reporter's record has not been filed. On February 2, 2022, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal informed the Court that the record had not been filed because appellant either (1) failed to request the reporter's record or (2) had not made arrangements to pay for the record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless he caused the reporter's record to be filed in this Court, made arrangements to pay for the reporter's record, or provided proof that he is entitled to proceed without payment of costs by March 4, 2022, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 35.3(c).

On March 29, 2022, appellant filed a motion requesting an extension of time to pay for the reporter's record. The Court granted appellant an extension to May 30, 2022. On August 1, 2022, the court reporter again informed the Court that appellant had not requested or paid for the reporter's record. On August 17, 2022, the Clerk of this Court sent a second notice informing appellant that the Court would consider the appeal without a reporter's record unless appellant provided evidence of payment for the reporter's record by August 29, 2022. On August 30, 2022, the court reporter informed the Court that appellant still had not requested or paid for the reporter's record. To date, a reporter's record has not been filed.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id.* Appellant's brief is ORDERED to be filed within **30 days of the date of this order**. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: _____/s/ Sarah B. Landau_____
                          Acting individually

Date:  October 25, 2022